# In the United States Court of Federal Claims

No. 09-465C
(Filed: July 31, 2009)

```
* * * * * * * * * * * * * * * *
                               *
GCC ENTERPRISES, INC.,         *
                               *
            Plaintiff,         *
                               *
v.                             *
                               *
THE UNITED STATES,             *
                               *
            Defendant.         *
                               *
* * * * * * * * * * * * * * * *
```

## ORDER

Plaintiff's unopposed motion, filed July 29, 2009, for a protective order is **GRANTED**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge
