# In the United States Court of Federal Claims

### No. 09-465C
### (Filed: September 28, 2009)

```
* * * * * * * * * * * * * * * * *
                                *
GCC ENTERPRISES, INC.,          *
                                *
            Plaintiff,          *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
            Defendant,          *
                                *
IRONCLAD SERVICES, INC.,        *
                                *
      Defendant-Intervenor,     *
                                *
* * * * * * * * * * * * * * * * *
```

### ORDER

Defendant's unopposed motion, filed September 25, 2009, for a five-day enlargement of time is **GRANTED**.  Accordingly, the deadlines are amended as follows:

| | |
|---|---|
| **October 7, 2009** | Defendant's and defendant-intervenor's cross-motions and responses are due |
| **October 19, 2009** | Plaintiff's reply and response to defendant's and defendant-intervenor's cross-motions due |
| **October 30, 2009** | Defendant's and defendant-intervenor's replies are due |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge